TAM:JJT:nl

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:06-CR-119-07 |
| v. | : | (CONNER, J.) |
| JENNIFER JUMPER, | : | |
| Defendant. | : | (ELECTRONICALLY FILED) |

FILED
HARRISBURG
NOV 28 2006
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

### O R D E R

NOW, this 28th day of November, 2006, the Government's Motion for Leave to Dismiss the Indictment filed at Middle District of Pennsylvania 1:06-CR-119-07 is GRANTED; FURTHER, IT IS ORDERED that the Indictment filed at Middle District of Pennsylvania 1:06-CR-119-07 is DISMISSED.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District
Court Judge